

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

ma pauperis, we affirm on the reasoning of the district court. *See Lytle v. Brooks,* No. CA–02–326–3 (E.D. Va. June 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Hubert LYTLE, Petitioner–Appellant,**

v.

**Joseph BROOKS, Warden, Respondent–Appellee.**

**· No. 02–6878.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 5, 2002.

Decided Sept. 10, 2002.

Hubert Lytle, Appellant Pro Se.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Hubert Lytle appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, although we grant leave to proceed in for-